UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 SEP 23 PM 1: 36

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | \* |
| vs. | \*   03-20178 MI |
| LEE THEODORE SMITH, | \* |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUDUM

Scott F. Leary applies to the Court for a Writ to have **LEE THORDORE SMITH, DOB 01/05/1964, Booking # 60433; Register # 18999-076** now being detained in the Lauderdale County Jail, appear before the Honorable Jon Phipps McCalla, on **Tuesday, November 8, 2005 at 8:45 a.m.**, FOR RESENTENCING, and for such other appearances as this Court may direct.

Respectfully submitted this 23rd day of September, 2005.

Respectfully submitted,

LAWRENCE J. LAURENZI
Acting United States Attorney

_____
SCOTT F. LEARY
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN 38103
(#022357 Tennessee)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Upon consideration of the foregoing Application,

DAVID G. JOLLY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN
SHERIFF/ LOUIS CRAIG, LAUDERDALE COUNTY JAIL

YOU ARE HEREBY COMMANDED to have **LEE THEODORE SMITH, DOB 01/05/1964, Booking # 60433; Register # 18999-076** appear before the Honorable Jon Phipps McCalla at the date and time aforementioned.

ENTERED this 23rd day of September, 2005.

_____
HONORABLE DIANE K. VESCOVO
United States Magistrate Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  9-23-05

158

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 158 in case 2:03-CR-20178 was distributed by fax, mail, or direct printing on September 23, 2005 to the parties listed.

---

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
217 Exchange Ave.
Memphis, TN 38105

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT